

**FILED**
CLERK, U.S. DISTRICT COURT

April 8, 2016.

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

| | |
|---|---|
| A.C.T. 898 PRODUCTS, INC., a California Corporation,<br><br>_Plaintiff,_<br><br>vs.<br><br>DOOR TO DOOR NAIL SUPPLY, a California business of unknown formation; ANH LE, an individual; LA CITY NAIL AND BEAUTY SUPPLY, a business of unknown formation; JASMINE BEAUTY SUPPLY, LLC, a Utah Limited Liability Company; and DOES 1 through 10, inclusive<br><br>_Defendants._ | Case No.: 2:15-cv-04520-SJO-MRW<br><br>_[Assigned for all purposes to Hon. S. James Otero]_<br><br>**ORDER ON JOINT STIPULATION OF FINDINGS OF FACT AND DISMISSAL WITH PREJUDICE**<br><br>26(f) Conf.:    September 14, 2015<br>Action Filed:   June 15, 2015<br>Trial Date:     April 19, 2016<br>Fact Cut-Off:   January 19, 2016<br>16(e) Conf.:    April 11, 2016 |

1013.202

ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

1

2

3      Having considered the Parties' stipulations of fact, and request for a dismissal

4  with prejudice and order thereon, the Court finds as follows:

5      1.    The facts which have been stipulated to by the Parties during this

6            Action are:

7            a.    The Parties have litigated the issues of the validity, ownership,

8                  and abandonment of the marks "666" and "777";

9            b.    Plaintiff litigated the position that the marks "666" and "777" are

10                 valid, owned by Plaintiff, and have not abandoned;

11           c.    Defendant litigated the position that the marks "666" and "777"

12                 are not valid, and have been abandoned by Plaintiff;

13           d.    the Parties litigated the aforementioned issues, *inter alia*, through

14                 the summary judgment stage;

15           e.    The Parties have stipulated that Plaintiff does own the marks

16                 "666" and "777", the marks "666" and "777"are valid, the marks

17                 "666" and "777" have not been abandoned by Plaintiff, and

18                 provided actual notice of the Marks since 2012.

19     2.    Because of the stipulated facts listed in number 1.a.-1.e. above, it is

20           necessary and critical that the Parties enter into an agreement to

21           conclude this Action.

22     3.    A Confidential Settlement Agreement has been reached by the Parties

23           to conclude this Action.

24     4.    All claims asserted against Defendant in this action are hereby

25           dismissed with prejudice as to Defendant only subject to the terms of

26           that Confidential Settlement Agreement..

27

28

2

[PROPOSED] ORDER ON PARTIES JOINT STIPULATION OF FINDINGS OF FACT AND DISMISSAL WITH PREJUDICE

1013.202

1    5.    This Court shall retain jurisdiction over the Parties and the Confidential

2        Settlement Agreement in order to enforce the settlement.

3

4

5    IT IS SO ORDERED

6

7

8    Dated:  ____April 5, 2016._____        *S. James Otero* ____

9                                          Hon. S. James Otero
                                             United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

1013.202

3

[PROPOSED] ORDER ON PARTIES JOINT STIPULATION OF FINDINGS OF FACT AND DISMISSAL WITH PREJUDICE